UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:___1:25-cv-12389-XXXX_____

| | |
|---|---|
| FORIS DAX, INC. d/b/a CRYPTO.COM, a Delaware Corporation, | § § § |
| Plaintiff, | § § |
| v. | § § § |
| KAREEM KHAJA, an individual | § § § |
| Defendant | § § |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant, KAREEM KHAJA ("Defendant"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes this action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, and states as follows:

1. **State Court Action.** On or about February 4, 2025, Plaintiff **FORIS DAX, INC. d/b/a CRYPTO.COM** ("Plaintiff") filed its Complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled Foris Dax, Inc. d/b/a Crypto.com v. Kareem Khaja, Case No. 2025-001913-CA-01 (CA22) (the "State Court Action"). Copies of all process, pleadings, and orders served upon Defendant are attached as **Exhibit A**, in accordance with 28 U.S.C. § 1446(a).

2. **Timeliness of Removal.** This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), having been filed within thirty (30) days of Defendant's receipt of the initial pleading setting forth the claim for relief.

1

3. **Diversity Jurisdiction.** This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a).

   **a. Complete Diversity.** Plaintiff is a Delaware corporation with its principal place of business in Florida. Defendant is an individual domiciled in and a citizen of Virginia. Therefore, there is complete diversity between the parties.

   **b. Amount in Controversy.** Plaintiff's Complaint alleges that Defendant wrongfully obtained $75,293.86, and Plaintiff brings a civil theft claim under Fla. Stat. § 772.11 for treble damages (totaling $225,881.58). The amount in controversy thus exceeds $75,000, satisfying 28 U.S.C. § 1332(a).

4. **Venue.** Venue is proper in the Southern District of Florida under 28 U.S.C. §§ 1441(a) and 1446(a) because the State Court Action is pending in Miami-Dade County, Florida, which lies within this District.

5. **Notice.** Pursuant to 28 U.S.C. § 1446(d), promptly upon filing this Notice, Defendant will serve written notice of its filing to all adverse parties and file a copy with the Clerk of the Circuit Court in and for Miami-Dade County, Florida.

6. **No Waiver of Defenses.** By removing this action, Defendant does not waive any available defenses, rights, or objections and does not concede that Plaintiff's claims are valid.

WHEREFORE, Defendant, KAREEM KHAJA, respectfully removes the above-captioned case from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida for further proceedings in accordance with law.

Respectfully submitted,

Richard Sierra & Associates, PA
Attorneys for Defendant
6501 Congress Ave., #240
Boca Raton, FL 33487
Telephone: 561-409-0364
Facsimile: 954-827-0122

e-mail: RSierra@FSBLegalCenter.net

By: /s/Richard Sierra
RICHARD SIERRA, ESQ.
FBN: 0782491

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been filed with the Clerk of Court through CM/ECF filing system and furnished electronically to Kubs Lalchandani, Esq., Lalchandani Simon PL, 25 SE 2nd Avenue, Suite 1020, Miami, Florida 33131 by email to kubs@lslawpl.com, info@lslawpl.com, karen@lslawpl.com, ddavis@lslawpl.com, austen@lslawpl.com, amy@lslawpl.com on March 25, 2025.

By: /s/ Richard Sierra
RICHARD SIERRA, ESQ.
FBN: 0782491