**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-cv-21389-DPG**

**FORIS DAX, INC. d/b/a CRYPTO.COM,**

    Plaintiff,

v.

**KAREEM KHAJA,**

    Defendant.

_____/

## FINAL DEFAULT JUDGMENT

**THIS CAUSE** is before the Court following the Court's Order Granting Plaintiff's Motion for Final Default Judgment for Liability and Liquidated Damages [ECF No. 58] ("Order"). For the reasons set forth in the Court's Order, it is **ORDERED AND ADJUDGED** as follows:

1.    Judgment is entered in favor of Plaintiff Foris Dax (principal address of 804 S. Douglas Road, Suite 375, Coral Gables, FL 33134) on Counts I and III of its Amended Complaint [ECF No. 32], in accordance with Rule 58 of the Federal Rules of Civil Procedure.

2.    Foris Dax shall recover from Defendant Kareem Khaja (whose last known address is 1307 Stamford Way, Reston, VA 20194) the sum of $75,293.86, that shall bear interest at the statutory rate, for which sum let execution issue forthwith.

**DONE AND ORDERED** in Chambers at Miami, Florida, on this 23rd day of February, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE