**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-21389-DPG**

**FORIS DAX, INC.,**

**Plaintiff,**

**v.**

**KAREEM KHAJA,**

**Defendant.**
____________________/

**ORDER**

**THIS CAUSE** comes before the Court on Magistrate Judge Detra Shaw-Wilder's Report and Recommendation on Defendant's Motion to Dismiss the Amended Complaint, Strike Certain Requests for Relief, and for Attorneys' Fees Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f) ("Report"). [ECF No. 199]. On May 14, 2026, this Court referred this action to Judge Shaw-Wilder for a ruling on all pretrial non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 91]. On May 27, 2026, Defendant filed the Motion to Dismiss the Amended Complaint, Strike Certain Requests for Relief, and for Attorneys' Fees Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f) ("Motion"). [ECF No. 94]. On October 26, 2026, Judge Shaw-Wilder issued her Report, recommending that the Motion be granted in part and denied in part. [ECF No. 199]. Defendant and Plaintiff timely objected to the Report. [ECF Nos. 205, 207].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ.

P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge Shaw-Wilder's well-reasoned analysis and conclusions that Defendant's Motion should be granted in part and denied in part.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) The Report and Recommendation, [ECF No. 199], is **ADOPTED** in full.

(2) Defendant's Motion to Dismiss Amended Complaint, Strike Certain Requests for Relief, and for Attorneys' Fees Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), [ECF No. 94], is **GRANTED** as to Count III, and is **DENIED** as to Counts I, II, and IV.

(3) Count III of Plaintiff's Amended Complaint, [ECF No. 32], is **DISMISSED without prejudice**. On or before **November 23, 2026**, Plaintiff may file a Second Amended Complaint that cures the deficiencies in Count III.

(4) Defendant's Motion to Strike Plaintiff's Request for Attorneys' Fees is **DENIED as premature**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of November, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**